# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

1. CAREY A. MOORE,

Plaintiff,

v.

1. ADVANTAGE ENERGY SERVICES, LLC, D/B/A/ GALMOR'S ROUSTABOUT AND PIPELINE CONSTRUCTION,

Defendant.

Case No. CIV-16-1183-C

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** the Parties, and hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii), the above-captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 31st DAY OF AUGUST, 2017**.

s/ Leah M. Roper
Mark Hammons, OBA #3784
Amber L. Hurst, OBA # 21231
Leah M. Roper, OBA # 32107
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
leah@hammonslaw.com
*Counsel for Plaintiff*

s/ Samantha Marshall
*(signed by filing party with permission)*
W. Kirk Turner
Jacob S. Crawford
Harrison Kosmider
Samantha Marshall
NEWTON, O'CONNOR,
TURNER & KETCHUM, PC
15 West 6th Street, Suite 2700
Tulsa, Oklahoma 74119
(918) 587-0101
(918) 587-0102 (facsimile)
kturner@newtonoconnor.com
jcrawford@newtonoconnor.com
HKosmider@newtonoconnor.com
smarshall@newtonoconnor.com

**CERTIFICATE OF SERVICE**

A true copy of the foregoing was filed and served by use of this Court's ECF system of filing and service to the opposing counsel below listed on this 31st day of August, 2017.

W. Kirk Turner
Jacob S. Crawford
Harrison Kosmider
Samantha Marshall
NEWTON, O'CONNOR,
TURNER & KETCHUM, PC
15 West 6th Street, Suite 2700
Tulsa, Oklahoma 74119
(918) 587-0101
(918) 587-0102 (facsimile)
kturner@newtonoconnor.com
jcrawford@newtonoconnor.com
HKosmider@newtonoconnor.com
smarshall@newtonoconnor.com

s/ Leah M. Roper